IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-93-403-CV





THE STATE OF TEXAS AND CITY OF AUSTIN,



 APPELLANTS


vs.





FRANKIN FEDERAL BANCORP, A FEDERAL SAVINGS BANK, ET AL.,



 APPELLEES



 




FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY



NO. 1906, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING



 




PER CURIAM

 The parties have filed a joint motion to dismiss this appeal. The motion is granted. 
Tex. R. App. P. 59(a).

 The appeal is dismissed.


Before Justices Powers, Jones and Kidd

Dismissed on Joint Motion

Filed: November 3, 1993

Do Not Publish